NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAWRENCE R. MCCANN, CECIL MCCANN, JAMES H. EPPS AND ARBELIA EPPS,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5122

---

Appeal from the United States Court of Federal Claims in consolidated case nos. 06-CV-216 and 06-CV-615, Judge Charles F. Lettow.

---

## ON MOTION

---

## ORDER

Upon consideration of the appellants' motion for an extension of time, until September 14, 2012, to file their response to the United States' motion for summary affirmance,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 0 6 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Thomas E. Redding, Esq.
     Melissa Briggs, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 6 2012

JAN HORBALY
CLERK